```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16136
  ROBERT J SCHELL
  JOANNE M SCHELL                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-8726      SSN XXX-XX-8942
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 12/07/06 and confirmed on 03/15/07.

   2.   The case was dismissed after confirmation, 08/24/2007.

   3.   The Debtor paid a total of $   1725.00 .

   4.   The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 29375.53 | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 5000.00 | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1310.76 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| HONOR FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| LUEBKE BAKER & ASSOCIATI | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIVERSIFIED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 423.76 | .00 | .00 |
| RX AQUISITIONS | UNSECURED | 24.50 | .00 | .00 |
| RX AQUISITIONS | UNSECURED | 25.75 | .00 | .00 |
| RX AQUISITIONS | UNSECURED | 55.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RX AQUISITIONS | UNSECURED | 99.00 | .00 | .00 |
| RX AQUISITIONS | UNSECURED | 151.75 | .00 | .00 |
| RX AQUISITIONS | UNSECURED | 125.00 | .00 | .00 |
| B REAL LLC | UNSECURED | 718.88 | .00 | .00 |

          Summary of disbursements:
---
              SECURED       PRIORITY       UNSECURED       OTHER       TOTAL

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      34375.53            .00        2934.40            .00      37309.93
PRINCIPAL PAID               .00            .00            .00            .00           .00
INTEREST PAID                .00            .00            .00            .00           .00
TOTAL PAID                   .00            .00            .00            .00           .00
```

The Debtor's attorney, RONALD D CUMMINGS          , was allowed $   3000.00
and was paid $    726.00   direct and $   1652.55   through the plan.

The Trustee received $     72.45 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/15/07                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 16136 ROBERT J SCHELL & JOANNE M SCHELL